IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RYAN EDWARD BELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:17-cv-00001-MSH |
| : | Social Security Appeal |
| NANCY A BERRYHILL, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |

## ORDER

On January 3, 2017, Plaintiff filed a Motion for Leave to Proceed IFP and a Complaint contesting the decision of the Commissioner of Social Security to deny his Social Security Disability benefits. (ECF No. 1.). Defendant filed her Answer and the Administrative Transcript on March 29, 2017. (ECF Nos. 10-11.). Under Rule 9.2 of the Local Rules of this Court, a Plaintiff in a Social Security Appeal shall have thirty (30) days from the date the Commissioner files her Answer in which to file his brief. M.D. Ga. Loc. Civ. R. 9.2. Plaintiff failed to meet that deadline, and on August 16, 2017, was ordered to respond and show cause why his lawsuit should not be dismissed due to his failure to comply with the rules of this Court. Plaintiff did not respond to that order and his case is now dismissed.

SO ORDERED, this 6th day of September, 2017.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE